```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

GCIU EMPLOYER RETIREMENT FUND      *

       Plaintiff           *

       vs.                 *   CIVIL ACTION NO. MJG-05-994

ROBERT P. FREY, d/b/a              *
KOGAN HICKORY PRINTING, LLC,
et al.                             *

       Defendants          *

\*        \*        \*        \*        \*        \*        \*        \*        \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion for Summary Judgment [Paper 18] to which no timely opposition has been filed.

This Court has reviewed the papers filed by the Plaintiff and the entire record even though Defendants have filed nothing in opposition. The Court finds no basis on which to conclude that there exists a genuine issue of material fact and will grant summary judgment to Plaintiff on all claims.

Accordingly:

1. Plaintiff's Motion for Summary Judgment [Paper 18] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, on <u>Friday, May 26, 2006</u>.

                                        _____/s/_____
                                        Marvin J. Garbis
                             United States District Judge